LOUIS WEISON, RESPONDENT, v. THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, APPELLANT.

Submitted May 29, 1925—Decided October 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis R.* 1129.

For the appellant, *Collins & Corbin.*

For the respondent, *Mulligan & Koenig.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Trenchard, Minturn, Kalisch, Black, Campbell, Lloyd, White, Gardner, Van Buskirk, McGlennon, Kays, JJ. 11.

*For reversal*—None.